# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

161569

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GARY AUSTIN EPPLETT,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161569
COA: 353093
Ottawa CC: 19-042918-FH

On order of the Court, the application for leave to appeal the June 29, 2020 order of the Court of Appeals is considered. Because defendant met the requirements in MCR 7.204(A)(2)(e), the trial court erred when it denied defendant's motion to enter claim of appeal. MCR 6.425(G)(1)(e). Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted of defendant's resentencing argument.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020



Clerk

a1118